United States District Court

Eastern District of California

| | |
|---|---|
| Burch M. Bowen, | |
|     Plaintiff, | No. Civ. S 00-1451 LKK PAN P |
| vs. | Order |
| Joe Trieber, et al., | |
|     Defendants. | |

-oOo-

December 19, 2005, plaintiff requested an extension of time to oppose summary judgment. Good cause appearing, plaintiff's request is granted and time is extended until 30 days from the date this order is signed.

So ordered.

Dated: December 20, 2005.

/s/ Peter A. Nowinski
PETER A. NOWINSKI
Magistrate Judge