United States District Court

Eastern District of California

Burch M. Bowen,

     Plaintiff,     No. Civ. S 00-1451 LKK PAN P

  vs.              Order

Joe Trieber, et al.,

     Defendants.

-oOo-

January 23, 2006, plaintiff requested an extension of time to oppose summary judgment. Good cause appearing, plaintiff's request is granted and time is extended until 30 days from the date this order is signed. No further extensions will be signed absent a showing of manifest injustice.

So ordered.

Dated: January 26, 2006.

/s/ Peter A. Nowinski
PETER A. NOWINSKI
Magistrate Judge