IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

BURCH M. BOWEN,

      Plaintiff,                    No. CIV S-00-1451 LKK PAN P

    vs.

JOE TRIEBER, et al.,

      Defendants.             ORDER

_____/

        Plaintiff is a state prisoner proceeding pro se with a civil rights action pursuant to 42 U.S.C. § 1983. In view of the pendency of defendants' November 18, 2005 motion for summary judgment, and good cause appearing, IT IS HEREBY ORDERED that:

        1. The parties are relieved of the obligation to file pretrial statements until further order of court;

        2. The pretrial conference on the papers set for March 10, 2006 before the magistrate judge is vacated;

        3. The jury trial set for May 30, 2006 before the Honorable Lawrence K. Karlton is vacated; and

/////

/////

1        4. Said dates will be reset, as appropriate, following resolution of defendants'
2  motion for summary judgment.
3  DATED: March 16, 2006.

                                                               UNITED STATES MAGISTRATE JUDGE

12
bowe1451.vacdts