IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

BURCH BOWEN,

    Plaintiff,                            No. CIV S-00-1451 LKK PAN P

    vs.

JOSEF TREIBER, et al.,

    Defendants.          <u>ORDER</u>

                            /

        Plaintiff, a state prisoner proceeding pro se, has filed this civil rights action seeking relief under 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local General Order No. 262.

        On July 26, 2006, the magistrate judge filed findings and recommendations herein which were served on all parties and which contained notice to all parties that any objections to the findings and recommendations were to be filed within twenty days. Neither party has filed objections to the findings and recommendations.

        The court has reviewed the file and finds the findings and recommendations to be supported by the record and by the magistrate judge's analysis. Accordingly, IT IS HEREBY ORDERED that:

/////

1

1. The findings and recommendations filed July 26, 2006 are adopted in full;

2. Defendants' November 18, 2005 motion for summary judgment is granted on plaintiff's claims under the Eighth Amendment and the Americans with Disabilities Act, 42 U.S.C. § 12101 et seq.; and

3. The court declines to exercise jurisdiction over all state law claims against all state defendants. <u>See</u> 28 U.S.C. § 1367(a).

DATED: September 11, 2006.

/s/ Lawrence K. Karlton
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

2